FILED
2017 Mar-13  AM 08:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **SULEIMAN MAHAMOUD HASSAN,** ) ) ) | |
| Petitioner, ) ) | |
| ) | Civil Action Number |
| v. ) | **4:17-cv-0006-AKK-TMP** |
| ) | |
| **LORETTA E. LYNCH,** ) ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 21, 2017, recommending that this court dismiss Suleiman Mahamoud Hassan's petition for writ of habeas corpus as moot.  Doc. 12 at 2.  The magistrate judge advised the parties of their right to file specific written objections within fourteen days, *id.*, but no party filed objections within the allotted time period.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED**, and his recommendation **ACCEPTED**.  Consequently, the government's motion to dismiss, doc. 9, is due to be **GRANTED**, and Hassan's petition, doc. 1, is due to be **DISMISSED AS MOOT**.  The court will contemporaneously enter an order of final judgment in accordance with the foregoing.

**DONE** the 12th day of March, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE